UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| YESSICA ARELY MARTINEZ-LEOS, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) Case No. 7:23-cv-895-AMM-GMB ) ) |
| KIMBERLY NEELY, *et al*, | ) ) ) |
| Respondents. | ) |

# MEMORANDUM OPINION

The Magistrate Judge entered a report, Doc. 11, on January 17, 2024, recommending that the petition, Doc. 1, be dismissed as moot based on Petitioner Yessica Arely Martinez-Leos' release from custody. No objections have been filed.[1]

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that the petition, Doc. 1, is due to be dismissed as moot. A final judgment will be entered.

It is **ORDERED** that the petition is dismissed.

---

[1] The U.S. Postal Service returned as undeliverable a January 9, 2024 order from the court, Doc. 9, mailed to Ms. Martinez-Leos at FCI-Aliceville in Aliceville, Alabama. *See* Doc. 12.

**DONE** and **ORDERED** this 31st day of January, 2024.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE